# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 13, 2004

*Before*

**Hon.** DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| NATHANIEL LINDELL,<br>          Plaintiff-Appellant,<br>          Cross-Appellee,<br><br>No. 03-2651 and 03-2765     v.<br><br>MATTHEW J. FRANK, et al.,<br>          Defendants-Appellees,<br>          Cross-Appellants,<br><br>     and<br><br>CINDY O'DONNELL, et al.,<br>          Defendants-Appellees. | ] Appeals from the United<br>] States District Court for<br>] the Western District of<br>] Wisconsin.<br>]<br>] No. 02 C 21<br>]<br>] Barbara B. Crabb,<br>]      Chief Judge.<br>]<br>]<br>]<br>] |

Upon consideration of the **MOTION BY DEFENDANTS-APPELLEES AND CROSS-APPELLANTS TO CORRECT TYPOGRAPHICAL ERROR IN THE COURT'S JULY 19, 2004 PUBLISHED OPINION**, filed on August 5, 2004, by counsel for the appellees/cross-appellants,

**IT IS ORDERED** that the motion is **GRANTED**.  The reference to Wis. Admin. Code Doc 309.95(2)(a) on Page 6 of the slip opinion issued on July 19, 2004, shall be changed to Wis. Admin. Code Doc 309.05(2)(a).